PS 8
(3/15)
Case 2:23-cr-00057-TOR   ECF No. 29   filed 08/11/23   PageID.62   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Conant, Jr., Daniel Parks        Docket No.        0980 2:23CR00057-TOR-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Daniel Parks Conant, Jr., who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the Court at Yakima, Washington, on the 8th day of June 2023, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, tribal, state or local law. Defendant shall advise the supervising United States Probation/Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant receives approval of the district court judge with original jurisdiction over this matter and notifies the supervising United States Probation/Pretrial Services Officer in the captioned manner.

**Special Condition #5:** Defendant shall abstain totally from the use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 13, 2023, conditions of pretrial release were reviewed with him and he signed said conditions acknowledging he understood his requirements.

**Violation #1:** It is alleged that on or about August 2, 2023, Mr. Conant violated the terms of his pretrial release by committing the offenses of assault in the second degree, unlawful imprisonment, harassment, and interfering with reporting of domestic violence.

**Supporting evidence:** On August 2, 2023, at approximately 7:22 a.m., per Liberty Lake Police Department (LLPD) report 2023-88004170, a LLPD officer responded to a domestic violence call for service where he was able to meet with the alleged victim, identified as Mr. Conant's girlfriend, at a grocery store in Liberty Lake, Washington. Upon making contact with Mr. Conant's girlfriend, the LLPD officer immediately observed visible red marks on both sides of her neck and on the left side of her forehead. The girlfriend informed the LLPD officer that Mr. Conant stayed the night at her residence on August 1, 2023. She noted Mr. Conant was consuming alcohol and became highly intoxicated. Her injuries were a result of being assaulted by him on multiple occasions.

The girlfriend elaborated to the LLPD officer that beginning at approximately 10:30 p.m., on August 1, 2023, until approximately 4 a.m., on August 2, 2023, she was continuously assaulted by Mr. Conant and he prevented her from departing her residence and/or contacting law enforcement as he hid her cellular telephone. Upon commencing his alcohol consumption, the girlfriend stated Mr. Conant began to become confrontational and blamed her for his past problems. The girlfriend stated she attempted to leave the residence but was tackled to the floor, at which time she started to scream in the hopes someone would call law enforcement. Mr. Conant subsequently grabbed her by the neck and began choking her on multiple occasions. The girlfriend stated that when she was being choked by Mr. Conant she could not breathe and told him she had a pain in her chest and he then made comments of "I don't give a fuck" and "hopefully you die." Mr. Conant also informed her if she attempted to leave the apartment or call anyone he would use a firearm and put a "bullet" in her and himself.

Mr. Conant then took her cellular telephone to prevent her from contacting anyone. Later in the evening she saw her telephone on the bed and when she was presented with an opportunity, she grabbed the telephone and concealed it in her pants, though Mr. Conant eventually discovered the telephone on her person and hit her. The girlfriend did not attempt to

take the telephone again until she believed Mr. Conant fell asleep around 4:30 a.m. The girlfriend then contacted her ex-husband and explained what happened and requested his help as she was scared he would hurt her again if she tried to leave. The ex-husband arrived at the residence, at which time Mr. Conant woke up and eventually ran out of the residence in an unknown direction.

LLPD officers attempted to locate and contact Mr. Conant without success. The girlfriend's injuries were documented and submitted into evidence. At the conclusion of their investigation, it was determined that Mr. Conant committed the following crimes: assault in the second degree, unlawful imprisonment, harassment, and interfering with reporting of domestic violence. Due to Mr. Conant not being located, a charging document with the aforementioned charges was submitted to the Spokane County prosecutor's office for review.

**Violation #2:** It is alleged that Mr. Conant violated the terms of his pretrial release by consuming alcohol on or about August 1, 2023.

**Supporting evidence:** On August 2, 2023, at approximately 7:22 a.m., per Liberty Lake Police Department (LLPD) report 2023-88004170, a LLPD officer responded to a domestic violence call for service where he was able to meet with the alleged victim, identified as Mr. Conant's girlfriend, at a grocery store in Liberty Lake, Washington. The girlfriend informed an LLPD officer that Mr. Conant began consuming alcohol, specifically Mad Dog 20/20, at approximately 10 p.m., on August 1, 2023, and he eventually drank the whole bottle of liquor and became highly intoxicated.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 11, 2023

by    s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer
8/11/23
Date