PROB 12C
(6/16)

Report Date: September 18, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2025

SEAN F. McAVOY, CLERK

ECF No. 77

| | |
|---|---|
| Name of Offender: Daniel Parks Conant, Jr. | Case Number: 0980 2:23CR00057-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓ Coulee Dam, Washington 99164 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: August 8, 2024 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | |
| Original Sentence: Prison - 12 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Michael Louis VanderGiessen | Date Supervision Commenced: December 18, 2024 |
| Defense Attorney: Andrea George | Date Supervision Expires: December 17, 2027 |

### PETITIONING THE COURT

To incorporate the violations contained in the petition in future proceedings with the violations previously reported to the Court on August 13, 2025.

On March 7, 2025, a U.S. probation officer met with Mr. Conant and reviewed the judgment and conditions of supervision with him. He signed a copy of the judgement indicating his understanding and receipt of such.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| 5 | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers). |

**Supporting Evidence**: Daniel Parks Conant allegedly violated the terms of his supervised release by possessing a firearm, on or about September 16, 2025.

On September 16, 2025, an officer with the Colville Tribal Police Department observed Mr. Conant driving in Omak, Washington. Mr. Conant was known to have an active U.S. Marshals warrant and was observed to be the sole occupant of the vehicle. Mr. Conant was ultimately apprehended and arrested on his outstanding warrant.

Prob12C
Re: Conant, Daniel Parks Jr.
September 18, 2025
Page 2

A firearm was observed in plain view located behind the passenger seat in the rear pocket. The officer attempted to secure the vehicle as they waited for a search warrant. Officers were unable to roll up the windows and the impound lot was noted to be unsecured due to a cut in the fence, and to be known to have been broken into. Since they could not fully secure the vehicle, the officer removed the firearm and a switch blade that was on the front passenger seat. The items were removed to preserve evidence and prevent them from being stolen or altered in any way. The officer photographed the firearm and unloaded the magazine. The magazine contained ammunition and there was also a round in the chamber of the gun. The officer made the gun safe to transport and once they arrived at the Omak Police Department, they secured the gun in a gun box. The officer applied for a search warrant through Okanogan District Court and the search warrant was approved. The items seized were noted to be a Jennings Firearms by Bryco Arms Irvine, CA model Bryco 59 9mm handgun, serial number 716887 and a switch blade with an American flag.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/18/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge
September 18, 2025

Date